Andrew A. Magwood, #230547
Magwood Law Firm
5627 N. Figarden Drive, #109
Fresno, California 93722
Telephone: (559) 276-0940
Facsimile: (559) 276-0941
andrew@magwoodlaw.com

Attorney for PLAINTIFF, MICHAEL CLARK.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| MICHAEL CLARK, | CASE NO.:1:09-cv–02106-LJO-GSA |
|---|---|
| PLAINTIFF, | **STIPULATION TO FILE AMENDED COMPLAINT AND TO ALLOW DEFENDANTS OPPORTUNITY TO FILE AMENDED ANSWER; ORDER** |
| v. | |
| COUNTY OF TULARE; BILL WITTMAN, individually and in his official capacity as TULARE COUNTY SHERIFF; and DOES 1 through 10. | |
| DEFENDANTS. | |

TO THIS HONORABLE COURT:

Pursuant to FRCP Rule 15(a)(2), Plaintiff, Michael Clark, and Defendants County of Tulare and Bill Wittman, by and through their Counsel of record hereby stipulate to allow Plaintiff to file an Amended Complaint, adding to the prayer for relief a request for attorney fees. The proposed First Amended Complaint is attached hereto. The parties further stipulate that Defendants may file an Amended Answer within thirty days after Plaintiff's First Amended Complaint is filed.

Respectfully submitted,

Dated: January 13,2010        By:        /s/ Andrew A. Magwood
                                         Andrew Armour Magwood, #230547
                                         MAGWOOD LAW FIRM
                                         5637 N. Figarden Drive, Suite 109
                                         Fresno, CA 93722
                                         Telephone: (559) 276-0940
                                         Facsimile: (559) 276-0941
                                         Email: andrew@magwoodlaw.com

STIPULATION TO FILE AMENDED PLEADINGS

-1-

| | | |
|---|---|---|
| 1 | | Attorney for Plaintiff, MICHAEL CLARK |
| 2 | Dated: February 2, 2010 | KATHLEEN BALES-LANGE, County Counsel |
| 3 | | |
| 4 | By: | /s/ Julia C. Langley |
| 5 | | Deputy County Counsel Attorneys for Defendants |
| 6 | | COUNTY OF TULARE, SHERIFF BILL WITTMAN |

**ORDER**

In accordance with the stipulation of the parties, and good cause appearing, it is hereby ordered:

Plaintiff, Michael Clark shall file his First Amended Complaint within ten days of this order, and

Defendants, shall file their amended answer within thirty days of Plaintiff filing his First Amended Complaint.

**IT IS SO ORDERED.**

Dated:   **February 18, 2010**         /s/ **Gary S. Austin**
                                                **UNITED STATES MAGISTRATE JUDGE**