IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, BILL WITTMAN,<br><br>    Defendants. | CASE NO. CV-F-09-2106 LJO JLT<br><br>**JUDGMENT ON BEHALF OF THE COUNTY OF TULARE AND BILL WITTMAN** |

By order on November 17, 2010, this Court granted Summary Adjudication in favor of the County of Tulare and Bill Whitman. (See Doc. 30.) The Court also denied reconsideration of the Summary Adjudication. (See Doc. 40.) Thereafter, the Court dismissed the sole remaining cause of action against defendants, the Fourth Cause of Action for Defamation. (See Doc. 41.) No other claims or defendants remain in this action.

THEREFORE, IT IS ORDERED AND ADJUDGED AND DECREED that judgment is entered in favor of Defendants County of Tulare and Bill Wittman and against Plaintiff Michael Clark. Plaintiff shall take nothing against these defendants by way of his operative Complaint and defendants may recover their costs of suit as permitted by statute.

Dated: December 27, 2010            /s/ Lawrence J. O'Neill
                                    Honorable Lawrence J. O'Neill
                                    United States District Judge

1